(September 22, 1994)

■ In the Matter of EDUARDO S., a Person Alleged to be in Need of Supervision, Appellant. PATRICIA A. SCOTT, as Probation Officer of the Sullivan County Family Court, Respondent. [616 NYS2d 1021] —Appeal from an order of the Family Court of Sullivan County (Bivona, J.), entered July 19, 1992, which, *inter alia,* in a proceeding pursuant to Family Court Act article 7, reinstated a prior order awarding custody of respondent to the Sullivan County Department of Social Services for placement in a residential facility for one year.

Respondent challenges his placement in a residential facility as the result of his being adjudicated a person in need of supervision. His challenge has, however, been rendered moot due to the expiration of the one-year placement period that was directed in Family Court's order. Accordingly, the appeal must be dismissed.

Cardona, P. J., Mikoll, Mercure, White and Casey, JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THONGEHAN CHANTHAXAY, Appellant. [616 NYS2d 1021] —Appeal from a judgment of the County Court of Broome County (Mathews, J.), rendered January 8, 1993, convicting defendant upon his plea of guilty of the crime of criminal possession of a controlled substance in the third degree.

Upon pleading guilty to criminal possession of a controlled substance in the third degree, defendant was sentenced to a term of imprisonment of 3 to 9 years. Defendant's sole contention on appeal is that this sentence is harsh and excessive. Defendant pleaded guilty to one count of a two-count indictment knowing that he would receive the sentence ultimately imposed by County Court. In addition, this sentence is within the statutory limits and not the harshest that could have been imposed. Under the circumstances, we find no basis to disturb the sentence.

Crew III, J. P., Casey, Weiss, Yesawich Jr. and Peters, JJ., concur. Ordered that the judgment is affirmed.